**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

```
HAROLD CUNNINGHAM,              *
                                *
     Plaintiff,                 *
                                *
        v.                      *      CIVIL NO. 04-2016 (PG)
                                *
JO ANNE B. BARNHART,            *
Commissioner of Social          *
Security,                       *
                                *
     Defendant.                 *
                                *
*******************************
```

**O R D E R**

Upon review of the Magistrate Judge's Report and Recommendation (Docket No. 18), to which no objections were filed, the applicable law and the record of this case, the Report and Recommendation is hereby **APPROVED AND ADOPTED**, and the case is **REMANDED** to the Commissioner to obtain the services of a vocational expert. This case is accordingly **CLOSED FOR ALL STATISTICAL PURPOSES**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 5, 2005.

S/ JUAN M. PÉREZ-GIMÉNEZ
JUAN M. PÉREZ-GIMÉNEZ
UNITED STATES DISTRICT JUDGE
